TRINA A. HIGGINS, United States Attorney (#7349)
CAMERON P. WARNER, Assistant United States Attorney (#14364)
Attorneys for the United States of America
111 South Main, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

_____

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OKUSTINO JOHN MAUSIA AKA "DEENZ", <br><br> Defendant. | Case No. 2:22-cr-00191-DBB <br><br> UNITED STATES' POSITION WITH RESPECT TO SENTENCING FACTORS AND SENTENCING MEMORANDUM <br><br> Judge David Barlow |

Having reviewed the Presentence Report (ECF# 70 (sealed)) prepared by the United States Probation Office in the above-referenced matter, the United States of America, by and through the undersigned Assistant United States Attorney, makes no objection to the facts stated therein and agrees that the Defendant's guideline range is correctly calculated at 12 to 18 months.

Furthermore, the United States requests that the Court find the parties' proposed 11(c)(1)(C) plea agreement to be reasonable and accept the stipulated prison term within the range of 0 to 12 months and 1 day. The United States would then submit to the Court's wisdom and judgment on what length of prison term is appropriate within that

range, should the plea agreement be accepted by the Court. Of course, the United States stands ready to provide the Court with any additional information upon request.

Respectfully submitted this 17th day of July, 2023.

                                      TRINA A. HIGGINS
                                      United States Attorney

                                      */s/ Cameron P. Warner*
                                      Cameron P. Warner
                                      Assistant United States Attorney